UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:18-cr-0072-WTL-MJD |
| | ) | |
| NORMAN BURGESS, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR MARCH 14, 2018**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for an initial appearance on the Indictment filed on March 13, 2018.   Defendant appeared in person and by FCD counsel William Dazey.   Government represented by AUSA Jeff Preston for AUSA Tiffany Preston.   USPO represented by Danieka Thompkins.

Financial affidavit approved.   Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **March 28, 2018**.

Defendant waived formal arraignment and reading of the Indictment.

Government did not seek pretrial detention and defendant ordered released.

Government orally moved to unseal this cause of action and the same was granted.

Defendant released on conditions of pretrial release pending further proceedings before the Court.

Date:   14 MAR 2018

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system