UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 1:18-cr-00072-WTL-MJD ) |
| NORMAN BURGESS, | ) ) |
| Defendant. | ) |

**APPEARANCE**

TO: CLERK OF COURT

Please enter the appearance of William H. Dazey, Jr., Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

March 15, 2018

_____
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 15, 2018**, a the foregoing **Appearance** was hand – delivered for filing with the Clerk's Office.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

_____
William H. Dazey, Jr.