AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.

NORMAN BURGESS
*Defendant*

Case No. 1:18-cr-0072 WTL-MJD

FILED
MAR 1 4 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NORMAN BURGESS,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-6: Wire Fraud, in violation of Title 18, United States Code, Sections 1343 and 2

Date: March 13, 2018

CLERK OF COURT, Laura A. Briggs
BY: *[signature]* Deputy Clerk

City and state: Indianapolis, Indiana

### Return

This warrant was received on *(date)* 3-13-18, and the person was arrested on *(date)* 3-14-18
at *(city and state)* CRAWFORDSVILLE IN

Date: 3-14-18

*Arresting officer's signature*

PAUL BAKER TFO-FBI
*Printed name and title*